IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STEPHEN CHRISTOPHER PLUNKETT**   PETITIONER
Reg. #36265-177

v.   CASE NO. 2:24-CV-00030-BSM-JJV

**CHAD GARRETT, Warden**   RESPONDENT

## ORDER

This case is dismissed without prejudice because Stephen Plunkett has failed to pay the filing fee or file an application to proceed in forma pauperis. *See* Doc. No. 4. Plunkett's motion for a preliminary injunction and temporary restraining order [Doc. No. 2] and Magistrate Judge Joe J. Volpe's partial recommended disposition addressing it [Doc. No. 5] are both therefore denied as moot.

IT IS SO ORDERED this 5th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE