IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**STEPHEN CHRISTOPHER PLUNKETT**　　　　　　　　　　　　**PETITIONER**
**Reg. #36265-177**

v.　　　　　　　CASE NO. 2:24-CV-00030-BSM-JJV

**CHAD GARRETT, Warden**　　　　　　　　　　　　　　　　**RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE